J. Douglas **FARRELL**, Administrator of the Estate of Louis J. Farrell, Petitioner

v.

Robert T. **REGOLA**, III and Janette A. Regola, his wife, and Robert T. Regola, IV, Respondents

No. 491 WAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

Justices Wecht and Mundy did not participate in the consideration or decision of this matter.